■ In the Matter of EGBERT CAMPBELL, Appellant, v RECORDS ACCESS OFFICER OF NEW YORK CITY POLICE DEPARTMENT et al., Respondents. [633 NYS2d 174] —Appeal from order, Supreme Court, New York County (Carol Arber, J.), entered August 3, 1993, which, upon petitioner's failure to appear on the return date, denied his *pro se* application pursuant to CPLR article 78, unanimously dismissed, without costs.

A party may not appeal directly from an order entered upon his or her default, the proper remedy being a motion to open the default and an appeal from any denial thereof (*Furci v Furci*, 45 AD2d 1003). Concur—Murphy, P. J., Sullivan, Rosenberger, Ross and Tom, JJ.